**SHA-1 Hash:** 83467C4AC0B4202F94B287CC2F0A2B38A2F65B6D	**Title:** Unbelievably Beautiful
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 208.38.229.222 | 10/21/2012 22:04 | New Castle | IN | Cinergy MetroNet | BitTorrent |
| 2 | 50.129.90.228 | 10/30/2012 22:12 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 3 | 68.58.130.244 | 10/05/2012 16:12 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 4 | 69.136.181.8 | 09/02/2012 02:24 | Indianapolis | IN | Comcast Cable | BitTorrent |

EXHIBIT A

SIN15